IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | | |
|---|---|---|
| MICHAEL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, MICHAEL TAYLOR, by and through undersigned counsel, hereby sues the Defendant, UNITED STATES POSTAL SERVICE, and in support thereof alleges the following:

**JURISDICTION AND VENUE**

1. This is an action for damages that exceed Thirty Thousand Dollars ($30,000.00), exclusive of pre-judgment interest, court costs and attorney's fees.

2. At all times material herein, Plaintiff, MICHAEL TAYLOR, was and is a resident of Osceola County, Florida.

3. At all times material herein, Defendant, UNITED STATES POSTAL SERVICE, was and is a resident of Osceola County, Florida.

4. Jurisdiction is proper in the Ninth Judicial Circuit in and for Osceola County, Florida.

5. All conditions precedent to this action have occurred, have been performed or have been waived.

## GENERAL ALLEGATIONS

6. On or about October 10, 2019, Defendant, UNITED STATES POSTAL SERVICE, owned and operated a 1987 US Postal Service Mail vehicle, in the vicinity of E. Irlo Bronson Memorial Highway and Old Hickory Tree Road in St. Cloud, Osceola County, Florida.

7. At the above-referenced time and place, Defendant, UNITED STATES POSTAL SERVICE, carelessly, recklessly and negligently operated and/or maintained the 1987 US Postal Service Mail vehicle so that it collided with the motor vehicle that Plaintiff MICHAEL TAYLOR was in.

8. Defendant, UNITED STATES POSTAL SERVICE, is responsible for the damages that are foreseeable and proximately caused by Defendant, UNITED STATES POSTAL SERVICE's negligence.

## COUNT I – NEGLIGENCE AGAINST DEFENDANT UNITED STATES POSTAL SERVICE

9. Plaintiff, MICHAEL TAYLOR, realleges and incorporates into this Count paragraphs one (1) through eight (8) above as if set forth herein.

10. As a result of the collision that occurred on or about October 10, 2019, Plaintiff, MICHAEL TAYLOR, suffered bodily injury resulting in past and future medical expenses, past and future pain and suffering, disability, disfigurement,

mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of a previously existing condition, and other legal damages as are yet undetermined. These losses are either permanent or continuing in nature and Plaintiff, MICHAEL TAYLOR, will continue suffer these losses into the future.

WHEREFORE, Plaintiff, MICHAEL TAYLOR, sues Defendant, UNITED STATES POSTAL SERVICE, and demands judgement for damages in an amount exceeding Thirty Thousand Dollars, exclusive of costs, against the Defendant, UNITED STATES POSTAL SERVICE, and for such other relief as this Honorable Court deems appropriate under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff, MICHAEL TAYLOR, demands a trial by jury as a matter of right.

DATED August 27, 2021.　　　　　/s/ MISTY MORGAN VIANNA, ESQ.
　　　　　　　　　　　　　　　　MISTY MORGAN VIANNA, ESQ.
　　　　　　　　　　　　　　　　FBN: 95219
　　　　　　　　　　　　　　　　Kemp, Ruge & Green Law Group
　　　　　　　　　　　　　　　　11567 Trinity Boulevard
　　　　　　　　　　　　　　　　Trinity, FL 34655
　　　　　　　　　　　　　　　　Phone: 727-847-4878
　　　　　　　　　　　　　　　　Fax: 727-375-7300
　　　　　　　　　　　　　　　　Email:  service@krglawgroup.com
　　　　　　　　　　　　　　　　Counsel for Plaintiff